1  Tanya E. Moore, SBN 206683
2  Zachary M. Best, SBN 166035
   MOORE LAW FIRM, P.C.
3  332 North Second Street
   San Jose, California  95112
4  Telephone (408) 298-2000
   Facsimile (408) 298-6046
5  Email:  service@moorelawfirm.com

6  Attorneys for Plaintiff
   Jose Acosta

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA, | No.  1:16-cv-01238-BAM |
| Plaintiff, | **STIPULATION FOR SECOND EXTENSION OF TIME FOR ALL DEFENDANTS' RESPONSIVE PLEADINGS AND FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; [PROPOSED] ORDER** |
| vs. | |
| BELMONT CAR WASH, INC., et al., | |
| Defendants. | |

**WHEREAS,** Plaintiff Jose Acosta ("Plaintiff"), and Defendants, Belmont Car Wash, Inc. and SZH Properties, LLC ("Defendants," and together with Plaintiff, "the Parties"), previously entered into a stipulation granting Defendants to and including October 27, 2016 to file responsive pleadings in this matter (Dkt. 7);

**WHEREAS,** a Mandatory Scheduling Conference in this matter is set for December 13, 2016 (Dkt. 4);

**WHEREAS,** the Parties are engaged in settlement negotiations and are hopeful that a settlement can be reached informally, and desire to conserve attorney's fees which would be incurred in filing the responsive pleading while they exhaust settlement efforts, and to conserve Court resources;

1    **NOW, THEREFORE,** the Parties, by and through their respective counsel, stipulate to
2 a continuance of the Mandatory Scheduling Conference currently set for December 13, 2016 to
3 a date at the Court's convenience on or after January 17, 2017. The Parties additionally stipulate
4 to a further extension of time for Defendants' responsive pleadings, such that the responsive
5 pleadings be filed on or before January 6, 2017.

7 Dated: November 18, 2016                           MOORE LAW FIRM, P.C.

9                                                    */s/ Tanya E. Moore*
10                                                   Tanya E. Moore
                                                     Attorneys for Plaintiff,
                                                     Jose Acosta

13 Dated: November 18, 2016                          */s/ Bruce A. Neilson*
14                                                   Bruce A. Neilson
                                                     Attorney for Defendants
15                                                   Belmont Car Wash, Inc.
                                                     and SZH Properties, LLC

**ORDER**

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the time within which Defendants Belmont Car Wash, Inc. and SZH Properties, LLC, must file their responsive pleadings is extended to and including January 6, 2017. The Mandatory Scheduling Conference currently set for December 13, 2016 is continued to **January 30, 2017 at 9:30 a.m.** in Courtroom 8, before Magistrate Judge Barbara A. McAuliffe. The parties are to file their Joint Scheduling Report no later than seven days prior to the conference.

IT IS SO ORDERED.

Dated:   **November 21, 2016**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE